**IT IS ORDERED as set forth below:**

Date: **April 19, 2010**

_James E. Massey_

**James E. Massey**
**U.S. Bankruptcy Court Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| SHANTREIS EDWARDS, | ) CASE NO.  10-64771-JEM |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |
| - - - - - - - - - - - - - - - - - - - - - - - | ) - - - - - - - - - - - - - - - - - - - - - - |
| US BANK, N.A., | ) |
| | ) |
| | ) |
| Movant, | ) **CONTESTED MATTER** |
| vs. | ) |
| SHANTREIS EDWARDS, Debtor, | ) |
| WILLIAM J. LAYNG, JR., Trustee, | ) |
| | ) |
| | ) |
| Respondents. | ) |

**ORDER MODIFYING AUTOMATIC STAY**

A hearing on the above-styled Motion for Relief from Automatic Stay filed March 24,
2010 by US Bank, N.A., for itself and its successors or assigns came before this Court on notice April
13, 2010.

Relief is sought as to the real property now or formerly known as 1851 Rose Garden Lane, Loganville, Gwinnett County, Georgia, as more particularly described on Exhibit "A" attached to the Motion for Relief from Automatic Stay. Neither Debtor nor Trustee oppose the relief sought. Movant alleges the Motion was properly served and the hearing noticed. Accordingly, it is hereby

ORDERED that the Motion is GRANTED as follows: the automatic stay of 11 U.S.C. §362 is modified to allow Movant proceed with its state law remedies and to proceed to obtain possession of and foreclose or otherwise dispose of the Property, including sending notices and statements that may be required by state law to be sent; or, in the alternative, Movant at its option be permitted to contact the Debtor via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. Movant shall promptly remit to the Chapter 7 Trustee, William J. Layng, Jr., all such proceeds as exceed the lawful debt owed to Movant by Debtor. The 14 day Stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

### END OF ORDER

Prepared and Submitted by:
__/s/  Sidney Gelernter__
Sidney Gelernter
Attorney for Movant
GA. State Bar No. 289145
McCurdy & Candler, L.L.C.
250 East Ponce De Leon Avenue, Suite 600
Decatur, GA 30030
(404) 373-1612 Telephone
(404) 370-7237 Facsimile
sgelernter@mccurdycandler.com

*M&C File No.10-06305*

## DISTRIBUTION LIST

Shantreis Edwards
1851 Rose Garden Lane
Loganville, GA 30052

David M. Wittenberg
305 S. Culver Street
Lawrenceville, GA 30046

William J. Layng, Jr.
Pendergast & Jones, PC
Chapter 7 Trustee
115 Perimeter Center Place
South Terraces, Suite 1000
Atlanta, GA 30346

Sidney Gelernter
McCurdy & Candler, LLC
250 E. Ponce De Leon Avenue
Suite 600
Decatur, GA 30030

*M&C File No.10-06305*